**EXHIBIT B**
*Professional Resume of Steve Riley, CPA, CFE*

# STEVE RILEY, CPA, CFE
210 October Glory Drive, Blythewood, SC 29016
stephan.p.riley@gmail.com/steve@sc-cpa.com
803.351.0623

## EXPERIENCE

**Barb & Company, PA**                                                              **January 2022 – Present**
**Audit Shareholder**                                                                                **Columbia, SC**
- Responsible for the Firm's audit and attestation practice and administration of the Firm's activities.

**Barb & Company, PA**                                                    **August 2016 – December 2021**
**Audit Director**                                                                                        **Columbia, SC**
- Responsible for the management of the assurance practice of the Firm.
- Lead audits, reviews, compilations, and other assurance-related engagements.
- Create and implement Firm policy for assurance practice of the Firm.
- Develop strong working relationships with current and prospective clients in order to offer exceptional professional services and client experience.

**Elliott Davis, LLC**                                                              **August 2014 – August 2016**
**Audit Senior**                                                                                        **Columbia, SC**
- Lead associates on non-publicly traded client audit, review and compilation engagements within the manufacturing, not-for-profit, governmental, and service provider industries.
- Worked and communicated effectively with staff and clients to enhance their understanding of audit, accounting, and business issues.
- Prepared budgets and monitored financial economics on all engagements.
- Assisted with business development opportunities of the Firm, which included client conferences, business networking activities and seminar attendance.

**PricewaterhouseCoopers LLP (PwC)**                              **November 2010 – August 2014**
**Senior Associate - Assurance**                                                            **Washington D.C.**
- Lead teams of 3-7 associates on non-publicly traded client engagements within the hospitality, medical, manufacturing, law, private equity and specialized investment industries.
- Coordinated audit deliverables and internal services with domestic and international engagement teams, including Switzerland, Australia, India, and Canada.
- Worked directly with top financial executives of audit clients as well as PwC partners on all engagements.
- Participated on the government-mandated Foreclosure Look-Back Review engagement for US Bank, Citibank, JP Morgan, Bank of America, and Ally Financial Inc.
- Partnered with internal PwC specialists regarding financial accounting issues of impairment, pension & post retirement benefit obligations, and worker's compensation.

**Schmoyer and Company, LLC**                                    **November 2009 – November 2010**
**Staff Accountant – Audit & Tax**                                                              **Columbia, SC**
- Prepared and reviewed financial statements for compilation, review, and audit engagements of a variety of companies and organizations in the service, healthcare, and nonprofit sectors.
- Prepared control risk assessments, audit programs, audit reports, and memorandums for audit engagements.
- Analyzed complex financial data and defined relevant information used in the preparation of budgets and forecasts.
- Researched and documented financial statement disclosure requirements.
- Compiled quarterly income-tax and accrual basis financial statements.
- Prepared multi-state corporate, individual, partnership, S-corporation, and not-for-profit income tax returns.

Page 2

**Dixon Hughes Goodman LLP**                                                              **August 2008- April 2009**
**Audit Associate**                                                                                      **Charleston, SC**
- Performed audits of wholesale construction, not-for-profit and healthcare organizations in accordance with the Generally Accepted Auditing Standards while maintaining professional integrity and objectivity. Actively participated in physical inventory of audit clients.
- Conducted reviews of construction companies through the use of analytical procedures and management inquiry in an effort to develop expectations concerning the reliability of client-prepared financial statements.
- Drafted audited financial statements, ensuring clarity and understandability, while maintaining proper presentation and disclosure objectives as a part of attestation and assurance responsibilities

**PROFESSIONAL CERTIFICATIONS AND MEMBERSHIPS**
- Certified Public Accountant (CPA) – Issued March 2010 (State – SC)
- Certified Fraud Examiner (CFE) – Issued September 2020
- Member – South Carolina Association of CPAs (SCACPA)
- Member – American Institute of Certified Public Accountants (AICPA)

**EDUCATION**     **UNIVERSITY OF SOUTH CAROLINA**                              **August 2003 - December 2007**
**Moore School of Business**                                                                      **Columbia, SC**
Bachelor of Science in Business Administration
- Emphasis in Accounting, Minor in English
- Selected for LIFE Scholarship, based on academic excellence
- Dean's Honor Roll – List reserved for GPA of 3.5 or higher
- Member, National Dean's List
- One of three recipients of the Dr. Curba Lampert Strategic Mind Award

**COMMUNITY**     **Turning Pages – Non-Profit Organization**                **August 2015 – April 2022**
**Executive Board Member - Treasurer**                                                      **Columbia, SC**
- Record monthly contributions and expenditures of the organization
- Create a yearly budget for the organization and monitor budgeted amounts to actual results
- Present monthly financial results in the form of financial statements to other Board members
- Participate in the Board's evaluation of planning efforts as well as fund raising activities
- Filing of annual federal tax return and state required financial reporting