**<u>EXHIBIT C</u>**
*Written Report of Michael G. Barb, CPA and Steve Riley, CPA, CFE*



July 25, 2023


To:    DHD Jessamine, LLC & Lesemann & Associates, LLC
From:  Steve Riley, CPA, CFE and Michael G. Barb, CPA
Re:    The Jessamine


The purpose of this report is to provide an analytical summary of the lost profits suffered by DHD Jessamine, LLC ("DHD") as a result of the collective elected members of the Florence County Council's (the "County") obstruction of the construction of a 60-unit multi-family housing development in Florence county.

## SUMMARY OF DAMAGES AND LOST PROFITS

The determination of damages and lost profits largely depends on the course of action and decisions made by DHD at year 18 of the Jessamine's operations. Based on these events, which are discussed further in our report, the calculated damages and lost profits are as follows:

| Scenario 1 | Sale of the property after 18 years of operation | $ | 8,703,780 |
| Scenario 2 | Resyndication at year 18 and continue operations | $ | 10,127,718 |

An important consideration is that the initial financing note obtained by DHD on the property had an 18-year term period (Exhibit 5). If DHD began operations in January of 2024 and continued for 18 years, the total net cash flow based on Exhibit 1 would be approximately $4,581,809. DHD would also be entitled to developer fees of $840,000 the day operations began. Additionally, DHD has incurred fees throughout the planning and pursuit phase of the project which approximate $315,000. At the end of the 18-year period the property could be sold to be repurposed for additional credits, the estimated sale price at year 18 would be $8,070,147 (undiscounted for time value of money).

The combined net present value of developer fees, pursuit costs, 18-year income stream and proceeds from the sale of the property due on January 1, 2024 would be approximately **$8,703780**.

Alternatively, if DHD decided to re-purpose the property, apply for the credits and continue operations, for an additional 17 years (35 total) the present value of this income stream along with developer fees due on January 1, 2024 would be approximately **$10,127,718**.

The amounts and figures presented in this letter are reliant on the facts, allegations, and causes of actions as described in DHD's Complaint, information obtained from the South Carolina Housing Authority, and our research.

## METHOD OF DETERMINING LOST PROFITS

An entity suffers lost profits due to the acts of another when one of the following scenarios occurs:

- Costs are greater than they would have been if not for the acts of another,
- Revenues are lower than they would have been if not for the acts of another, or
- Some combination of the previous two reasons.

In this matter, DHD lost the ability to earn future profits due to the County's obstruction of DHD's construction of a 60-unit multi-family development.

As stated by Robert Dunn's *Recovery of Damages for Lost Profits*, the calculation for lost profits must be based on a rational approach and supported by a reasonable basis of evidence. The following paragraphs and calculations outline the approach and the basis for the damages being claimed by DHD.

## BACKGROUND OF PROJECT

### 421 Cashua Drive

The owners of DHD identified a suitable tract of land in Florence County, which was comprised of three parcels totaling 5.93 acres. The property was within an unincorporated area of Florence County and was unzoned. On February 8, 2021, DHD entered into a contract to purchase the property for $1,150,000. This land was secured for the sole purpose of building "The Jessamine".

### The Jessamine

The Jessamine, if built, would include 60 units targeted for family households with children. The units would include:
- Three-bedroom units (8)
- Two-bedroom units, and (28)
- One-bedroom units (24)

The architectural style chosen for the Jessamine is classified as "Townhome" style, with direct entry to each apartment home from the ground level, which has the aesthetic appeal of an attached single-family community.

2

Below is an image for planned Jessaimine project:



*(Picture courtesy of DHD)*

<u>Eligible Tenants</u>

DHD planned so that six of its units would be rented to tenants with annual household income at or below $13,080. The remaining 54 units would be rented to tenants with annual household income at or below $39,240.

<u>Low Income Housing Tax Credit (LIHTC)</u>

Tax credits awarded for the construction of a multi-family housing development is an integral contributing factor for the financial feasibility of a project like the Jessamine.

The LIHTC Program requires each state agency that allocates tax credits, generally called a "house finance agency" to have a Qualified Allocation Plan ("QAP") for awarding the tax credits. The QAP sets out the state's eligibility priorities and criteria for awarding federal tax credits to housing properties. It is a document that states must develop in order to be authorized to distribute federal LIHTCs. LIHTCs can only be awarded to a development project that fits the QAP's criteria. Each QAP must define the housing finance agency's priorities and specify the criteria used to select among projects or applicants competing for the tax credits. The South Carolina State Housing Finance and Development Authority is responsible for administering the LIHTC program for qualifying projects in South Carolina.

The 2021 QAP utilized the Palmetto Opportunity Index (POI) to provide a score or point total to determine how well a project or applicant meets pre-defined criteria.  The range is broken out as follows:

1) Very High – 40 points
2) High – 30 points
3) Moderate – 20 points
4) Low – 10 points
5) Very Low – 0 points

According to the POI received, the Jessamine project plans scored the highest possible (Very High – 40 points).

On September 18, 2021, the SC Housing Authority posted its list of twenty-three applications that would be receiving 2021 LIHTC Awards.  In a letter to DHD dated October 22, 2021, the Housing Authority officially notified DHD that it had qualified for a reservation of annual LIHTCs in the amount of $894,517.22 per year for ten years totaling $8,945,172.20. In order for DHD to have accepted this tax credit reservation award, a non-refundable reservation fee in the amount of $89,451.72 along with an executed Reservation Certificate must have been summited to the SC Housing Authority on or before November 1, 2021.  Additionally, DHD was required to pay $5,850 to cover a plan and specification review and four (4) construction inspections by an independent third-party consultant.

<u>Timeline to Receive LIHTC</u>

The award of LIHTCs was tentative only in that it required that certain conditions be satisfied subsequent to the initial award.  One such requirement was that DHD incur at least ten percent (10%) of the cost of development of the Jessamine by May 2, 2022.  One Hundred percent (100%) of the construction and receipt of a certificate of occupancy must be obtained by December 31, 2023.  The interim deadline for 10% of costs incurred was extended to October 31, 2022 upon request, however, the final completion deadline remained unchanged.

Due to the timeline and proceedings of this case, DHD has been prevented from achieving these deadlines, thereby losing the LIHTC tax credits, the land and building investment, and future profits of the Jessamine.

## BASIS FOR CALCULATIONS

<u>Developer Fees</u>

At the completion of the project, DHD was entitled to an $840,000 developer fee.  Due to the proceedings of this case, DHD was unable to collect this guaranteed fee. This is added to our calculation of lost profits and is undiscounted for present value as it should have occurred year 1.

At the end of the initial 18-year period in both Scenarios outlined in this report, DHD would likely remain the developer. The developer rates for 2023 this type of property are $25,000 for the first 50 rental units and $20,000 for the remaining 10, bringing the 2023 total to $1,450,000. Assuming a 2.5% inflation over the initial 18-year period, the developer fee at year 18 would be $2,206,346.

Rental Rates

South Carolina rental rate thresholds are established by the South Carolina State Housing Finance and Development Authority. This is based off multiple factors, such as geographical area of the property, the number of bedrooms, units mix, subsidized discount rate used, net of the utility allowance from the SC housing authority based on housing type. The Jessamine was planned to be a green discount qualifying Energy Star property. Residents would be responsible for their electric utilities separate from their monthly rental payment, which have been backed out of rental rates based on the SC Housing Authority Utility Allowance Rates for Energy Star Large Apartment Buildings (5+ units) in the Midlands Region of South Carolina (Exhibit 4).

Based on all these factors, we calculate the first-year annual net rental revenue of the Jessamine would be **$600,216** at 100% occupancy (Exhibit 2). Occupancy rates are discussed further below.

Market Study Findings on Occupancy and Historical Developer Occupancy Rate

The Jessamine Market Study conducted by Shaw Research and Consulting, LLC concluded that the proposed facility should maintain at least 93% occupancy rate into the foreseeable future. We believe this to be an overly conserve estimate as a result of the underwriting process and represents an absolute minimum level of occupancy rate but is unlikely to be what the actual occupancy rate would have been had the Jessamine been constructed. The Jessamine provided only 60 units available for rent in an area where no other low-income housing of the same nature currently exists as noted in the Market Study (no adverse effects on existing local rental facilities, either affordable or market rate). As such, we believe the demand as a result of the scarcity of these units would be greater than the minimum threshold set by the Market Study. For comparison, the developer's other projects on average experience a 98+% occupancy rate. For the purposes of our lost profits calculation, we believe a 97% occupancy rate is both reasonable and conservative based on these factors. As a result, total annual revenue will be reduced by 3% (100% - 97%).

Operating Expenses and Debt Payments

DHD was approved to receive LIHTCs sufficient to allow the remaining costs of construction on the Jessamine to be financed with an initial mortgage note of $1,493,000 at 6.5% amortized over 35 years with a balloon payment after 18 years (Exhibit 5). This results in annual payments of $108,240, which will be added to the cash outflow for operating expenses to arrive at the net cash flow provided by operations for year 1.

Standard operating expenses include real estate taxes, insurance, utilities (other than electric utilities), facility maintenance, replacement reserves at estimated rates, and payroll for on-site manager and janitorial personnel. Our understanding is that operating expenses cannot be greater than $3,600 per unit, excluding reserves, taxes, and compliance fees. Removing these, our estimated per-unit operating expense for year 1 to be $3,542, which approaches the maximum range allowable.

Total operating expenses for year 1 as a result of our analysis are $290,508 (Exhibit 1).

Based on these inputs, below is a calculation of the projected net cash inflow for year 1 of the Jessamine's operations:

Net Annual Cash Flow – Year 1

Our estimation of net cash flow for year 1 is summarized as follows:

| | | | |
|---|---|---:|---|
| Annual Net Rental Revenue | $ | 589,716 | |
| Other Income | | 10,500 | |
| Total Revenue Before Vacancy Allowance | | 600,216 | |
| 3% Vacancy Allowance | | (18,006) | |
| Total Revenue After Vacancy Allowance | $ | 582,210 | Total Cash Inflow |
| Operating Expenses | $ | 290,509 | |
| Payment for Mortgage Loan | | 108,240 | |
| Total Expenses and Debt Payments | | 398,749 | Total Cash Outflow |
| **Net Cash Inflow - Year 1** | $ | **183,461** | |

Annual Rate Increases Year 2 - Forward

Projection of revenue and expenses must include the minimum increases as part of the application process for:

Minimum required rental rate increase – 2%
Minimum required expense rate increase – 3%

For the purposes of our analysis, we have used 2.5% as the increase in revenue year over year and a 3% increase in expenses each year. These increases approximate standard inflationary increases over time. These increases are included in our analysis of net cash inflow and outflows at Exhibit 1.

6

Net Present Value of Operations – Initial 18 Year Period

Net present value measures the current worth in today's dollars of a series of net cash inflows or outflows that occur at different points in the future. Those net cash inflows or outflows are discounted (reduced) back to today's value since the value or worth of dollar decreases over time. For example, a person cannot obtain as much in value for one dollar today as compared to 50 years ago.

As this concept relates to the Jessamine, the series of net cash inflows from rental activity over 18 years added together sums to $4,581,809 based on our analysis. This represents the count of dollars received through the 18 years with no discount for time value of money. The value must be discounted using an appropriate interest rate. Based on the time frame and publicly available conservative investment rates, we used a 4% interest rate, which approximates the 20-year treasury bond rate as of the date of our analysis. The discounted net present value based on projected cash inflows for the initial 18-year period of operations is **$3,104,624**.

Scenarios After Initial 18 Years of Operations

The calculation of lost profits will differ depending on course of actions taken at the 18-year mark of the Jessamine's operations. At the 18th year, DHD could choose the follow courses of action:
- Scenario 1 - Sell the Property
- Scenario 2 - Resyndication

Technically, both scenarios anticipate a resyndication of Low-Income Housing Tax Credits. In Scenario 1, DHD is selling to a 3rd party and doing the rehab development for them, earning the 2nd developer fee and the 3rd party then owns the development going forward. In Scenario 2, DHD is selling the property to themselves or a related entity, doing the rehab development thereby earning the 2nd developer fee, and also maintaining ownership following 17 years (years 19-35).

## CALCULATION OF LOST PROFITS AND DAMAGES OF EACH SCENARIO

Scenario 1 – Sale of Property after 18 Years

Based on the net operating income projected at year 18 of $443,858 and using a market cap rate multiplier of 5.5%, we would estimate the sale to be **$8,070,147**.

According to our research, market cap rates for multifamily homes in 2022-2023 generally range from 4 - 10%. Per an article from Fannie Mae dated January 20, 2023:

*Multifamily cap rates remained low in 2022, at a national estimated level of 4.7% through the third quarter. However, we believe multifamily cap rates are likely to increase above 5.0% by early 2023 as investor demand further moderates and the 10-year Treasury rises. (https://multifamily.fanniemae.com/news-insights/multifamily-market-commentary/2023-multifamily-market-outlook-turbulence-ahead).*

Calculation summary for Scenario 1:

Year 1

| | | |
|---|---|---|
| Lost Fees and Pursuit Costs of The Jessamine Project | $ | 315,000 |
| Developer Fee - Year 1 | | 840,000 |
| NPV of Cashflow from Operations Years 1-18 | | 3,104,624 |

Year 18 Sale of Property

| | | |
|---|---|---|
| Estimated Sales Price at Year 18 | 8,070,147 | |
| Remaining Note Balance | (1,112,046) | |
| Cost of Sale Estimate 2% | (161,403) | |
| Developer Fee | 2,206,346 | |
| Net Proceeds from Sale with Dev. Fee | 9,003,044 | |
| NPV of Net Proceeds from Sale and Dev. Fee at Year 18 | | 4,444,156 |
| Lost Profits Calculated | $ | 8,703,780 |

Scenario 2 – Resyndication and Continued Operations for 17 Additional Years

At the end of the 18-year initial loan period, DHD could apply for resyndication which would allow additional funding to renovate the existing property. The developers of DHD have a history of constructing properties that qualified for resyndication. Our understanding is that these include the following developments:

| | |
|---|---|
| Swansgate 1: | (24-Unit Development) |
| Swansgate 2: | (34-Unit Development) |
| Swansgate 3: | (64-Unit Development) |
| Raintree Apartments: | (26 Unit Development) |
| Landwood Ridge: | (55 Unit Development) |

Being that there is a history of these with the developer, it stands to reason that this is a rational outcome to assume.

8

The below calculation in Scenario 2 differs from Scenario 1 in that there is an additional 17-year period of operations.

Calculation summary for Scenario 2:

| | | |
|---|---:|---:|
| Year 1 | | |
| Lost Fees and Pursuit Costs of The Jessamine Project | $ | 315,000 |
| Developer Fee - Year 1 | | 840,000 |
| | | |
| NPV of Cashflow from Operations Years 1-18 | | 3,104,624 |
| | | |
| Year 18 Sale of Property | | |
| Estimated Sales Price at Year 18 | 8,070,147 | |
| Remaining Note Balance | (1,112,046) | |
| Cost of Sale Estimate 2% | (161,403) | |
| Developer Fee | 2,206,346 | |
| | | |
| Net Proceeds from Sale with Dev. Fee | 9,003,044 | |
| | | |
| NPV of Net Proceeds from Sale and Dev. Fee at Year 18 | | 4,444,156 |
| | | |
| Year 19 - 35 | | |
| NPV of Cashflow from Operations Years 19-35 | | 1,423,938 |
| | | |
| Lost Profits Calculated | $ | 10,127,718 |

## CONCLUSIONS

As noted previously, the determination of damages and lost profits largely depends on the course of action and decisions made by DHD at year 18 of the Jessamine's operations. DHD has indicated to us that their most likely course of action is resyndication and continued operations for 17 years (Scenario 2). Based on the County's obstruction of DHD Jessamine, LLC's construction of The Jessamine, we believe lost profits and damages to be the following:

| | | Scenario 1 | | Scenario 2 |
|---|---|---:|---|---:|
| Lost Profits of DHD Jessaimine, LLC | $ | 8,703,780 | $ | 10,127,718 |

Steve Riley, CPA, CFE                    Michael G. Barb, CPA

9

**Exhibits – Table of Contents**

Exhibit 1          Projection of Cash Flows

Exhibit 2          Year 1 Rental Revenue Calculation

Exhibit 3          2023 SC Housing Authority Neighborhood Stabilization Project (NSP) Rent Limits

Exhibit 4          2023 SC Housing Authority Utility Allowance Schedule for Energy Star Larger Apartment Buildings (5+ Units)

Exhibit 5          Initial 18-Year Mortgage Note Amortization Table

**EXHIBIT 1**

# The Jessamine
## Projection of Cash Flows

**Cash Flow Variables:**

| | |
|---|---|
| Vacancy Rate Assumption | 3.0% |
| Annual Inflation Factor | 2.5% |
| Number of Units | 60 |

**Initial 18 Year Period**

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 | Year 12 | Year 13 | Year 14 | Year 15 | Year 16 | Year 17 | Year 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | | | | | | | | |
| Annual Rents | 589,716 | 604,459 | 619,570 | 635,060 | 650,936 | 667,210 | 683,890 | 700,987 | 718,512 | 736,474 | 754,886 | 773,758 | 793,102 | 812,930 | 833,253 | 854,085 | 875,437 | 897,323 |
| Vacancy (3%) | (17,691) | (18,134) | (18,587) | (19,052) | (19,528) | (20,016) | (20,517) | (21,030) | (21,555) | (22,094) | (22,647) | (23,213) | (23,793) | (24,388) | (24,998) | (25,623) | (26,263) | (26,920) |
| **Net Rental Revenue** | 572,025 | 586,325 | 600,983 | 616,008 | 631,408 | 647,193 | 663,373 | 679,957 | 696,956 | 714,380 | 732,240 | 750,546 | 769,309 | 788,542 | 808,256 | 828,462 | 849,174 | 870,403 |
| Other Income | 10,500 | 10,763 | 11,032 | 11,307 | 11,590 | 11,880 | 12,177 | 12,481 | 12,793 | 13,113 | 13,441 | 13,777 | 14,121 | 14,474 | 14,836 | 15,207 | 15,587 | 15,977 |
| Vacancy (3%) | (315) | (323) | (331) | (339) | (348) | (356) | (365) | (374) | (384) | (393) | (403) | (413) | (424) | (434) | (445) | (456) | (468) | (479) |
| **Net Other Income** | 10,185 | 10,440 | 10,701 | 10,968 | 11,242 | 11,523 | 11,811 | 12,107 | 12,409 | 12,720 | 13,038 | 13,364 | 13,698 | 14,040 | 14,391 | 14,751 | 15,120 | 15,498 |
| **Total Revenue** | 582,210 | 596,765 | 611,684 | 626,976 | 642,650 | 658,717 | 675,185 | 692,064 | 709,366 | 727,100 | 745,277 | 763,909 | 783,007 | 802,582 | 822,647 | 843,213 | 864,293 | 885,901 |
| **Expenses** | | | | | | | | | | | | | | | | | | |
| Real Estate Taxes | 57,000 | 58,425 | 59,886 | 61,383 | 62,917 | 64,490 | 66,103 | 67,755 | 69,449 | 71,185 | 72,965 | 74,789 | 76,659 | 78,575 | 80,540 | 82,553 | 84,617 | 86,732 |
| Insurance | 16,500 | 16,913 | 17,335 | 17,769 | 18,213 | 18,668 | 19,135 | 19,613 | 20,104 | 20,606 | 21,121 | 21,649 | 22,191 | 22,745 | 23,314 | 23,897 | 24,494 | 25,107 |
| Utilities | 10,500 | 10,763 | 11,032 | 11,307 | 11,590 | 11,880 | 12,177 | 12,481 | 12,793 | 13,113 | 13,441 | 13,777 | 14,121 | 14,474 | 14,836 | 15,207 | 15,587 | 15,977 |
| Telephone | 3,000 | 3,075 | 3,152 | 3,231 | 3,311 | 3,394 | 3,394 | 3,566 | 3,655 | 3,747 | 3,840 | 3,936 | 4,035 | 4,136 | 4,239 | 4,345 | 4,454 | 4,565 |
| Water & Sewer | 40,380 | 41,390 | 42,424 | 43,485 | 44,572 | 45,686 | 46,828 | 47,999 | 49,199 | 50,429 | 51,690 | 52,982 | 54,307 | 55,664 | 57,056 | 58,482 | 59,944 | 61,443 |
| Trash Removal | 9,000 | 9,225 | 9,456 | 9,692 | 9,934 | 10,183 | 10,437 | 10,698 | 10,966 | 11,240 | 11,521 | 11,809 | 12,104 | 12,407 | 12,717 | 13,035 | 13,361 | 13,695 |
| Pest Control | 4,200 | 4,305 | 4,413 | 4,523 | 4,636 | 4,752 | 4,871 | 4,992 | 5,117 | 5,245 | 5,376 | 5,511 | 5,649 | 5,790 | 5,934 | 6,083 | 6,235 | 6,391 |
| Building Maintenance & Repair | 7,500 | 7,688 | 7,880 | 8,077 | 8,279 | 8,486 | 8,698 | 8,915 | 9,138 | 9,366 | 9,601 | 9,841 | 10,087 | 10,339 | 10,597 | 10,862 | 11,134 | 11,412 |
| Interior & Exterior Decorating | 4,800 | 4,920 | 5,043 | 5,169 | 5,298 | 5,431 | 5,567 | 5,706 | 5,848 | 5,995 | 6,144 | 6,298 | 6,455 | 6,617 | 6,782 | 6,952 | 7,126 | 7,304 |
| Cleaning/Turnover | 6,000 | 6,150 | 6,304 | 6,461 | 6,623 | 6,788 | 6,958 | 7,132 | 7,310 | 7,493 | 7,680 | 7,873 | 8,069 | 8,271 | 8,478 | 8,690 | 8,907 | 9,130 |
| Supplies | 4,200 | 4,305 | 4,413 | 4,523 | 4,636 | 4,752 | 4,871 | 4,992 | 5,117 | 5,245 | 5,376 | 5,511 | 5,649 | 5,790 | 5,934 | 6,083 | 6,235 | 6,391 |
| Gardening/Landscaping | 5,000 | 5,125 | 5,253 | 5,384 | 5,519 | 5,657 | 5,798 | 5,943 | 6,092 | 6,244 | 6,400 | 6,560 | 6,724 | 6,893 | 7,065 | 7,242 | 7,423 | 7,608 |
| Management Fee (6% Gross Rev) | 34,933 | 35,806 | 36,701 | 37,619 | 38,559 | 39,523 | 40,511 | 41,524 | 42,562 | 43,626 | 44,717 | 45,835 | 46,980 | 48,155 | 49,359 | 50,593 | 51,858 | 53,154 |
| Wages - Resident Manager | 25,000 | 25,625 | 26,266 | 26,922 | 27,595 | 28,285 | 28,992 | 29,717 | 30,460 | 31,222 | 32,002 | 32,802 | 33,622 | 34,463 | 35,324 | 36,207 | 37,113 | 38,040 |
| Wages - Custodian | 22,000 | 22,550 | 23,114 | 23,692 | 24,284 | 24,891 | 25,513 | 26,151 | 26,805 | 27,475 | 28,162 | 28,866 | 29,588 | 30,327 | 31,085 | 31,863 | 32,659 | 33,476 |
| Payroll Taxes - Employer Portion | 3,596 | 3,685 | 3,778 | 3,872 | 3,969 | 4,068 | 4,170 | 4,274 | 4,381 | 4,490 | 4,603 | 4,718 | 4,836 | 4,956 | 5,080 | 5,207 | 5,338 | 5,471 |
| Benefits (10% of Wages) | 4,700 | 4,818 | 4,938 | 5,061 | 5,188 | 5,318 | 5,451 | 5,587 | 5,726 | 5,870 | 6,016 | 6,167 | 6,321 | 6,479 | 6,641 | 6,807 | 6,977 | 7,152 |
| Advertising | 3,300 | 3,588 | 3,677 | 3,769 | 3,863 | 3,960 | 4,059 | 4,160 | 4,264 | 4,371 | 4,480 | 4,592 | 4,707 | 4,825 | 4,945 | 5,069 | 5,196 | 5,326 |
| General office expenses | 3,200 | 3,280 | 3,362 | 3,446 | 3,532 | 3,621 | 3,711 | 3,804 | 3,899 | 3,996 | 4,096 | 4,199 | 4,304 | 4,411 | 4,522 | 4,635 | 4,750 | 4,869 |
| Professional fees | 4,500 | 4,613 | 4,728 | 4,846 | 4,967 | 5,091 | 5,219 | 5,349 | 5,483 | 5,620 | 5,760 | 5,904 | 6,052 | 6,203 | 6,358 | 6,517 | 6,680 | 6,847 |
| Compliance Fees | 3,000 | 3,075 | 3,152 | 3,231 | 3,311 | 3,394 | 3,479 | 3,566 | 3,655 | 3,747 | 3,840 | 3,936 | 4,035 | 4,136 | 4,239 | 4,345 | 4,454 | 4,565 |
| Replacement Reserves ($300/un | 18,000 | 18,450 | 18,911 | 19,384 | 19,869 | 20,365 | 20,874 | 21,396 | 21,931 | 22,480 | 23,042 | 23,618 | 24,208 | 24,813 | 25,434 | 26,069 | 26,721 | 27,389 |
| **Total Expenses** | 290,508 | 297,771 | 305,215 | 312,845 | 320,667 | 328,683 | 336,900 | 345,323 | 353,956 | 362,805 | 371,875 | 381,172 | 390,701 | 400,469 | 410,480 | 420,742 | 431,261 | 442,043 |
| **Net Operating Income** | 291,701 | 298,994 | 306,469 | 314,130 | 321,984 | 330,033 | 338,284 | 346,741 | 355,410 | 364,295 | 373,402 | 382,737 | 392,306 | 402,114 | 412,166 | 422,471 | 433,032 | 443,858 |
| **Annual Mortgage Payments** | 108,240 | 108,240 | 108,240 | 108,240 | 108,240 | 108,240 | 108,240 | 108,240 | 108,240 | 108,240 | 108,240 | 108,240 | 108,240 | 108,240 | 108,240 | 108,240 | 108,240 | 108,240 |
| **Annual Net Cash Inflow** | 183,461 | 190,754 | 198,229 | 205,890 | 213,744 | 221,793 | 230,044 | 238,501 | 247,170 | 256,055 | 265,162 | 274,497 | 284,066 | 293,874 | 303,926 | 314,231 | 324,792 | 335,618 |

18 Year Total 4,581,809

**Other Items:**

| | | |
|---|---|---|
| Developer Fee - Year 1 | 840,000 | To be included in Year 1 income for all scenarios |
| Pursuit Costs | 315,000 | To be added to total damages for all scenarios |

**Not Discounted for Net Present Value**

| | | |
|---|---|---|
| Initial 18 Year Period | 5,736,809 | 18 Years (Includes Developer Fee - Year 1 and Pursuit Costs) |
| Scenario 1 | 14,739,853 | 18 Years with Sale and Development Fee |
| Scenario 2 | 18,988,145 | 18 Year Resyndication and Continued Operations for 17 years (35 total) |

Sale Event - Scenario 1

| | |
|---|---|
| Sale @ 5.5% Cap Rate | 8,070,147 |
| Estimated Sale Costs (2%) | (161,403) |
| Remaining Loan Balance | (1,112,046) |
| Developer Fee at Sale | 2,206,346 |
| Net Proceeds From Sale | 9,003,044 |

**Discounted for Net Present Value**

| | | |
|---|---|---|
| Initial 18 Year Period | 4,259,624 | NPV Calc - 18 Years (Includes Developer Fee - Year 1 and Pursuit Costs) |
| Scenario 1 | 8,703,780 | NPV Calc - 18 Years with Sale and Development Fee |
| Scenario 2 | 10,127,718 | NPV Calc - 18 Year Resyndication and Continued Operations for 17 years (35 total) |

# The Jessamine
## Projection of Cash Flows

| | | | | | | | 2nd Period - 17 Years | | | | | | | | | |
| Year 19 | Year 20 | Year 21 | Year 22 | Year 23 | Year 24 | Year 25 | Year 26 | Year 27 | Year 28 | Year 29 | Year 30 | Year 31 | Year 32 | Year 33 | Year 34 | Year 35 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 919,756 | 942,750 | 966,318 | 990,476 | 1,015,238 | 1,040,619 | 1,066,635 | 1,093,300 | 1,120,633 | 1,148,649 | 1,177,365 | 1,206,799 | 1,236,969 | 1,267,893 | 1,299,591 | 1,332,080 | 1,365,383 |
| (27,593) | (28,282) | (28,990) | (29,714) | (30,457) | (31,219) | (31,999) | (32,799) | (33,619) | (34,459) | (35,321) | (36,204) | (37,109) | (38,037) | (38,988) | (39,962) | (40,961) |
| 892,163 | 914,467 | 937,329 | 960,762 | 984,781 | 1,009,401 | 1,034,636 | 1,060,501 | 1,087,014 | 1,114,189 | 1,142,044 | 1,170,595 | 1,199,860 | 1,229,857 | 1,260,603 | 1,292,118 | 1,324,421 |
| 16,376 | 16,786 | 17,205 | 17,636 | 18,076 | 18,528 | 18,992 | 19,466 | 19,953 | 20,452 | 20,963 | 21,487 | 22,024 | 22,575 | 23,139 | 23,718 | 24,311 |
| (491) | (504) | (516) | (529) | (542) | (556) | (570) | (584) | (599) | (614) | (629) | (645) | (661) | (677) | (694) | (712) | (729) |
| 15,885 | 16,282 | 16,689 | 17,107 | 17,534 | 17,973 | 18,422 | 18,882 | 19,354 | 19,838 | 20,334 | 20,843 | 21,364 | 21,898 | 22,445 | 23,006 | 23,582 |
| **908,048** | **930,749** | **954,018** | **977,869** | **1,002,315** | **1,027,373** | **1,053,057** | **1,079,384** | **1,106,368** | **1,134,028** | **1,162,378** | **1,191,438** | **1,221,224** | **1,251,754** | **1,283,048** | **1,315,124** | **1,348,003** |
| 88,901 | 91,123 | 93,401 | 95,736 | 98,130 | 100,583 | 103,097 | 105,675 | 108,317 | 111,025 | 113,800 | 116,645 | 119,561 | 122,550 | 125,614 | 128,755 | 131,973 |
| 25,734 | 26,378 | 27,037 | 27,713 | 28,406 | 29,116 | 29,844 | 30,590 | 31,355 | 32,139 | 32,942 | 33,766 | 34,610 | 35,475 | 36,362 | 37,271 | 38,203 |
| 16,376 | 16,786 | 17,205 | 17,636 | 18,076 | 18,528 | 18,992 | 19,466 | 19,953 | 20,452 | 20,963 | 21,487 | 22,024 | 22,575 | 23,139 | 23,718 | 24,311 |
| 4,679 | 4,796 | 4,916 | 5,039 | 5,165 | 5,294 | 5,426 | 5,562 | 5,701 | 5,843 | 5,990 | 6,139 | 6,293 | 6,450 | 6,611 | 6,777 | 6,946 |
| 62,979 | 64,554 | 66,167 | 67,822 | 69,517 | 71,255 | 73,036 | 74,862 | 76,734 | 78,652 | 80,619 | 82,634 | 84,700 | 86,817 | 88,988 | 91,212 | 93,493 |
| 14,037 | 14,388 | 14,748 | 15,116 | 15,494 | 15,882 | 16,279 | 16,686 | 17,103 | 17,530 | 17,968 | 18,418 | 18,878 | 19,350 | 19,834 | 20,330 | 20,838 |
| 6,551 | 6,714 | 6,882 | 7,054 | 7,231 | 7,411 | 7,597 | 7,787 | 7,981 | 8,181 | 8,385 | 8,595 | 8,810 | 9,030 | 9,256 | 9,487 | 9,724 |
| 11,697 | 11,990 | 12,290 | 12,597 | 12,912 | 13,235 | 13,565 | 13,905 | 14,252 | 14,609 | 14,974 | 15,348 | 15,732 | 16,125 | 16,528 | 16,941 | 17,365 |
| 7,486 | 7,674 | 7,865 | 8,062 | 8,264 | 8,470 | 8,682 | 8,899 | 9,121 | 9,349 | 9,583 | 9,823 | 10,068 | 10,320 | 10,578 | 10,843 | 11,114 |
| 9,358 | 9,592 | 9,832 | 10,077 | 10,329 | 10,588 | 10,852 | 11,124 | 11,402 | 11,687 | 11,979 | 12,278 | 12,585 | 12,900 | 13,223 | 13,553 | 13,892 |
| 6,551 | 6,714 | 6,882 | 7,054 | 7,231 | 7,411 | 7,597 | 7,787 | 7,981 | 8,181 | 8,385 | 8,595 | 8,810 | 9,030 | 9,256 | 9,487 | 9,724 |
| 7,798 | 7,993 | 8,193 | 8,398 | 8,608 | 8,823 | 9,044 | 9,270 | 9,501 | 9,739 | 9,983 | 10,232 | 10,488 | 10,750 | 11,019 | 11,294 | 11,577 |
| 54,483 | 55,845 | 57,241 | 58,672 | 60,139 | 61,642 | 63,183 | 64,763 | 66,382 | 68,042 | 69,743 | 71,486 | 73,273 | 75,105 | 76,983 | 78,907 | 80,880 |
| 38,991 | 39,966 | 40,965 | 41,990 | 43,039 | 44,115 | 45,218 | 46,349 | 47,507 | 48,695 | 49,912 | 51,160 | 52,439 | 53,750 | 55,094 | 56,471 | 57,883 |
| 34,312 | 35,170 | 36,050 | 36,951 | 37,875 | 38,821 | 39,792 | 40,787 | 41,806 | 42,852 | 43,923 | 45,021 | 46,146 | 47,300 | 48,483 | 49,695 | 50,937 |
| 5,608 | 5,748 | 5,892 | 6,039 | 6,190 | 6,345 | 6,503 | 6,666 | 6,833 | 7,003 | 7,178 | 7,358 | 7,542 | 7,730 | 7,924 | 8,122 | 8,325 |
| 7,330 | 7,514 | 7,701 | 7,894 | 8,091 | 8,294 | 8,501 | 8,714 | 8,931 | 9,155 | 9,383 | 9,618 | 9,859 | 10,105 | 10,358 | 10,617 | 10,882 |
| 5,459 | 5,595 | 5,735 | 5,879 | 6,026 | 6,176 | 6,331 | 6,489 | 6,651 | 6,817 | 6,988 | 7,162 | 7,341 | 7,525 | 7,713 | 7,906 | 8,104 |
| 4,991 | 5,116 | 5,244 | 5,375 | 5,509 | 5,647 | 5,788 | 5,933 | 6,081 | 6,233 | 6,389 | 6,549 | 6,712 | 6,880 | 7,052 | 7,228 | 7,409 |
| 7,018 | 7,194 | 7,374 | 7,558 | 7,747 | 7,941 | 8,139 | 8,343 | 8,551 | 8,765 | 8,984 | 9,209 | 9,439 | 9,675 | 9,917 | 10,165 | 10,419 |
| 4,679 | 4,796 | 4,916 | 5,039 | 5,165 | 5,294 | 5,426 | 5,562 | 5,701 | 5,843 | 5,990 | 6,139 | 6,293 | 6,450 | 6,611 | 6,777 | 6,946 |
| 28,074 | 28,776 | 29,495 | 30,232 | 30,988 | 31,763 | 32,557 | 33,371 | 34,205 | 35,060 | 35,937 | 36,835 | 37,756 | 38,700 | 39,668 | 40,659 | 41,676 |
| 453,094 | 464,421 | 476,031 | 487,932 | 500,131 | 512,634 | 525,450 | 538,586 | 552,051 | 565,852 | 579,998 | 594,498 | 609,361 | 624,595 | 640,209 | 656,215 | 672,620 |
| **454,955** | **466,328** | **477,987** | **489,936** | **502,185** | **514,739** | **527,608** | **540,798** | **554,318** | **568,176** | **582,380** | **596,940** | **611,863** | **627,160** | **642,839** | **658,910** | **675,383** |
| 308,483 | 308,483 | 308,483 | 308,483 | 308,483 | 308,483 | 308,483 | 308,483 | 308,483 | 308,483 | 308,483 | 308,483 | 308,483 | 308,483 | 308,483 | 308,483 | 308,483 |
| **146,472** | **157,845** | **169,504** | **181,453** | **193,702** | **206,256** | **219,125** | **232,315** | **245,835** | **259,693** | **273,897** | **288,457** | **303,380** | **318,677** | **334,356** | **350,427** | **366,900** |

Additional 17 Year Total   4,248,293

**Year 1 Rental Revenue Calculation**
**Florence County**
**2023**
**EXHIBIT 2**

| SC Housing Authority Rental Rates* | | | |
|---|---|---|---|
| Type | 100% Rate* | 60% Rate | 20% Rate |
| 1 Bedroom | 1,320 | 792 | 264 |
| 2 Bedrooms | 1,582 | 949 | 316 |
| 3 Bedrooms | 1,828 | 1,097 | 366 |

| The Jessamine | | | | |
|---|---|---|---|---|
| Unit Mix | 100% Rate* | 60% Rate | 20% Rate | Total |
| 1 Bedroom | - | 7 | 1 | 8 |
| 2 Bedrooms | - | 25 | 3 | 28 |
| 3 Bedrooms | - | 22 | 2 | 24 |
| Total Units | | | | 60 |

| **Monthly Gross Revenue** | **-** | **53,403** | **1,944** | **55,347** |
|---|---|---|---|---|

| SC State Utility Allowances** | | |
|---|---|---|
| | Bedrooms | Number of Units | Total Per Room Type |
| 1 Bedroom | (76) | 8 | (608) |
| 2 Bedrooms | (97) | 28 | (2,716) |
| 3 Bedrooms | (120) | 24 | (2,880) |
| **Total Monthly Allowance** | | | **(6,204)** |

| **Monthly Net Revenue** | **49,143** |
|---|---|
| Annual Net Rental Revenue - Year 1 | 589,716 |
| Other Income*** | 10,500 |
| **Total Annual Revenue Before Occupancy Allowance - Year 1** | **$     600,216** |

*2023 NSP Rent Limits from SC Housing Authority (Exhibit 3)

**2023 SC Housing Authority Midlands Area Energy Star Allowance - Larger Apt. Bldgs. (5+ Units) (Exhibit 4)

***Other income is an estimate of $175/unit per year for late payments, pet fees, application fees, background checks, laundry credits

| | | Efficiency | 1 BR | 2 BR | 3 BR | 4 BR | 5 BR | 6 BR |
|---|---|---|---|---|---|---|---|---|
| Aiken County | 50% | $682 | $731 | $877 | $1,014 | $1,131 | $1,248 | $1,365 |
| Aiken County | 120% | $750 | $890 | $1,017 | $1,369 | $1,675 | $1,926 | $2,178 |
| Anderson County | 50% | $658 | $705 | $846 | $978 | $1,091 | $1,203 | $1,316 |
| Anderson County | 120% | $688 | $709 | $892 | $1,123 | $1,519 | $1,747 | $1,975 |
| Beaufort County | 50% | $803 | $861 | $1,033 | $1,193 | $1,331 | $1,469 | $1,606 |
| Beaufort County | 120% | $1,267 | $1,295 | $1,463 | $1,836 | $2,399 | $2,759 | $3,119 |
| Berkeley County | 50% | $851 | $911 | $1,093 | $1,263 | $1,410 | $1,556 | $1,701 |
| Berkeley County | 120% | $1,328 | $1,357 | $1,553 | $1,906 | $2,397 | $2,757 | $3,116 |
| Charleston County | 50% | $851 | $911 | $1,093 | $1,263 | $1,410 | $1,556 | $1,701 |
| Charleston County | 120% | $1,328 | $1,357 | $1,553 | $1,906 | $2,397 | $2,757 | $3,116 |
| Darlington County | 50% | $551 | $590 | $708 | $819 | $913 | $1,008 | $1,102 |
| Darlington County | 120% | $665 | $669 | $807 | $1,023 | $1,173 | $1,349 | $1,525 |
| Dorchester County | 50% | $851 | $911 | $1,093 | $1,263 | $1,410 | $1,556 | $1,701 |
| Dorchester County | 120% | $1,328 | $1,357 | $1,553 | $1,906 | $2,397 | $2,757 | $3,116 |
| Florence County | 50% | $616 | $660 | $791 | $914 | $1,020 | $1,125 | $1,230 |
| Florence County | 120% | $701 | $706 | $927 | $1,173 | $1,247 | $1,434 | $1,621 |
| Greenville County | 50% | $778 | $834 | $1,001 | $1,157 | $1,291 | $1,424 | $1,557 |
| Greenville County | 120% | $865 | $931 | $1,051 | $1,344 | $1,628 | $1,872 | $2,116 |
| Greenwood County | 50% | $545 | $583 | $700 | $808 | $902 | $996 | $1,088 |
| Greenwood County | 120% | $689 | $694 | $845 | $1,046 | $1,135 | $1,305 | $1,476 |
| Horry County | 50% | $633 | $678 | $813 | $940 | $1,048 | $1,157 | $1,265 |
| Horry County | 120% | $966 | $991 | $1,141 | $1,455 | $1,642 | $1,888 | $2,135 |
| Lancaster County | 50% | $716 | $767 | $921 | $1,063 | $1,186 | $1,309 | $1,431 |
| Lancaster County | 120% | $688 | $693 | $912 | $1,212 | $1,263 | $1,452 | $1,642 |
| Laurens County | 50% | $555 | $595 | $713 | $824 | $920 | $1,015 | $1,109 |
| Laurens County | 120% | $652 | $656 | $864 | $1,056 | $1,161 | $1,335 | $1,509 |
| Lexington County | 50% | $735 | $787 | $945 | $1,091 | $1,217 | $1,343 | $1,468 |
| Lexington County | 120% | $944 | $996 | $1,125 | $1,442 | $1,724 | $1,983 | $2,241 |
| Orangeburg County | 50% | $545 | $583 | $700 | $808 | $902 | $996 | $1,088 |
| Orangeburg County | 120% | $676 | $691 | $780 | $989 | $1,212 | $1,394 | $1,576 |
| Pickens County | 50% | $658 | $705 | $846 | $978 | $1,091 | $1,203 | $1,316 |
| Pickens County | 120% | $688 | $709 | $892 | $1,123 | $1,519 | $1,747 | $1,975 |
| Richland County | 50% | $735 | $787 | $945 | $1,091 | $1,217 | $1,343 | $1,468 |
| Richland County | 120% | $944 | $996 | $1,125 | $1,442 | $1,724 | $1,983 | $2,241 |
| Spartanburg County | 50% | $692 | $741 | $890 | $1,028 | $1,147 | $1,266 | $1,384 |
| Spartanburg County | 120% | $830 | $854 | $965 | $1,254 | $1,296 | $1,490 | $1,685 |
| Sumter County | 50% | $562 | $602 | $722 | $835 | $931 | $1,028 | $1,123 |
| Sumter County | 120% | $657 | $803 | $982 | $1,195 | $1,343 | $1,544 | $1,746 |
| York County | 50% | $872 | $935 | $1,122 | $1,296 | $1,446 | $1,596 | $1,744 |
| York County | 120% | $1,154 | $1,180 | $1,333 | $1,691 | $2,183 | $2,510 | $2,838 |

Effective June 15, 2023*
*(published by HUD June 2023)

**Exhibit 4**

| Utility Allowance Schedule | | U.S. Department of Housing and Urban Development | | | OMB Approval No. 2577-0169 |
|---|---|---|---|---|---|

Office of Public and Indian Housing

The following allowances are used to determine the total cost of tenant-furnished utilities and appliances.

| Locality/PHA | | Green Discount | | Unit Type | | Date (mm/dd/yyyy) |
|---|---|---|---|---|---|---|
| SC State Housing Finance & Development Agency Midlands Region | | Energy Star | | Larger Apartment Bldgs. (5+ units) | | 02/27/2023 |

Monthly Dollar Allowances

| Utility or Service | Fuel Type | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | 5 BR |
|---|---|---|---|---|---|---|---|
| Space Heating | Natural Gas | $19 | $22 | $25 | $27 | $30 | $33 |
| | Bottled Gas | $43 | $50 | $56 | $62 | $68 | $74 |
| | Electric Resistance | $11 | $13 | $16 | $19 | $23 | $26 |
| | Electric Heat Pump | $9 | $11 | $13 | $15 | $16 | $18 |
| | Fuel Oil | $45 | $53 | $59 | $65 | $72 | $78 |
| Cooking | Natural Gas | $4 | $4 | $6 | $8 | $10 | $12 |
| | Bottled Gas | $8 | $10 | $14 | $19 | $23 | $28 |
| | Electric | $5 | $6 | $8 | $11 | $13 | $15 |
| | Other | | | | | | |
| Other Electric | Electric | $18 | $21 | $29 | $37 | $46 | $54 |
| Air Conditioning | Electric | $12 | $14 | $20 | $26 | $32 | $38 |
| Water Heating | Natural Gas | $8 | $10 | $14 | $18 | $22 | $27 |
| | Bottled Gas | $18 | $22 | $31 | $41 | $51 | $60 |
| | Electric | $11 | $13 | $16 | $20 | $24 | $27 |
| | Fuel Oil | $19 | $23 | $33 | $43 | $53 | $63 |
| Water | | $25 | $26 | $37 | $54 | $71 | $88 |
| Sewer | | $36 | $38 | $54 | $73 | $87 | $101 |
| Trash Collection | | $13 | $13 | $13 | $13 | $13 | $13 |
| Other - Specify | | | | | | | |
| Range/Microwave | | $4 | $4 | $4 | $4 | $4 | $4 |
| Refrigerator | | $5 | $5 | $5 | $5 | $5 | $5 |
| Electric Base Charge | | $11 | $11 | $11 | $11 | $11 | $11 |
| Natural Gas Base Charge | | $11 | $11 | $11 | $11 | $11 | $11 |

Actual Family Allowances- May be used by the family to compute allowance while searching for a unit.

| Utility/Service/Appliance | Allowance |
|---|---|
| Heating | |
| Cooking | |
| Other Electric | |
| Air Conditioning | |
| Water Heating | |
| Water | |
| Sewer | |
| Trash Collection | |
| Range/Microwave | |
| Refrigerator | |
| **Total** | |

Head of Household Name

Unit Address

Number of Bedrooms

Previous editions are obsolete

Spreadsheet (ver14) based on form HUD-52667 (7/2019).
ref. Handbook 7420.8

Exhibit 5

7/20/2023  2:14 PM  Page 1

Initial Loan Period

| Compound Period: | Monthly |
|---|---|
| Nominal Annual Rate: | 6.500% |

## CASH FLOW DATA

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Loan | 12/1/2023 | 1,493,000.00 | 1 | | |
| 2 | Payment | 1/1/2024 | 9,020.02 | 216 | Monthly | 12/1/2041 |
| 3 | Payment | 12/1/2041 | 1,112,045.67 | 1 | | |

## AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 12/1/2023 | | | | 1,493,000.00 |
| 2023 Totals | | 0.00 | 0.00 | 0.00 | |
| | | | | | |
| 1 | 1/1/2024 | 9,020.02 | 8,087.08 | 932.94 | 1,492,067.06 |
| 2 | 2/1/2024 | 9,020.02 | 8,082.03 | 937.99 | 1,491,129.07 |
| 3 | 3/1/2024 | 9,020.02 | 8,076.95 | 943.07 | 1,490,186.00 |
| 4 | 4/1/2024 | 9,020.02 | 8,071.84 | 948.18 | 1,489,237.82 |
| 5 | 5/1/2024 | 9,020.02 | 8,066.70 | 953.32 | 1,488,284.50 |
| 6 | 6/1/2024 | 9,020.02 | 8,061.54 | 958.48 | 1,487,326.02 |
| 7 | 7/1/2024 | 9,020.02 | 8,056.35 | 963.67 | 1,486,362.35 |
| 8 | 8/1/2024 | 9,020.02 | 8,051.13 | 968.89 | 1,485,393.46 |
| 9 | 9/1/2024 | 9,020.02 | 8,045.88 | 974.14 | 1,484,419.32 |
| 10 | 10/1/2024 | 9,020.02 | 8,040.60 | 979.42 | 1,483,439.90 |
| 11 | 11/1/2024 | 9,020.02 | 8,035.30 | 984.72 | 1,482,455.18 |
| 12 | 12/1/2024 | 9,020.02 | 8,029.97 | 990.05 | 1,481,465.13 |
| 2024 Totals | | 108,240.24 | 96,705.37 | 11,534.87 | |
| | | | | | |
| 13 | 1/1/2025 | 9,020.02 | 8,024.60 | 995.42 | 1,480,469.71 |
| 14 | 2/1/2025 | 9,020.02 | 8,019.21 | 1,000.81 | 1,479,468.90 |
| 15 | 3/1/2025 | 9,020.02 | 8,013.79 | 1,006.23 | 1,478,462.67 |
| 16 | 4/1/2025 | 9,020.02 | 8,008.34 | 1,011.68 | 1,477,450.99 |
| 17 | 5/1/2025 | 9,020.02 | 8,002.86 | 1,017.16 | 1,476,433.83 |
| 18 | 6/1/2025 | 9,020.02 | 7,997.35 | 1,022.67 | 1,475,411.16 |
| 19 | 7/1/2025 | 9,020.02 | 7,991.81 | 1,028.21 | 1,474,382.95 |
| 20 | 8/1/2025 | 9,020.02 | 7,986.24 | 1,033.78 | 1,473,349.17 |
| 21 | 9/1/2025 | 9,020.02 | 7,980.64 | 1,039.38 | 1,472,309.79 |
| 22 | 10/1/2025 | 9,020.02 | 7,975.01 | 1,045.01 | 1,471,264.78 |
| 23 | 11/1/2025 | 9,020.02 | 7,969.35 | 1,050.67 | 1,470,214.11 |
| 24 | 12/1/2025 | 9,020.02 | 7,963.66 | 1,056.36 | 1,469,157.75 |
| 2025 Totals | | 108,240.24 | 95,932.86 | 12,307.38 | |

| | | | | | | 7/20/2023  2:14 PM  Page 2 |
|---|---|---|---|---|---|---|
| 25 | 1/1/2026 | 9,020.02 | 7,957.94 | 1,062.08 | 1,468,095.67 | |
| 26 | 2/1/2026 | 9,020.02 | 7,952.18 | 1,067.84 | 1,467,027.83 | |
| 27 | 3/1/2026 | 9,020.02 | 7,946.40 | 1,073.62 | 1,465,954.21 | |
| 28 | 4/1/2026 | 9,020.02 | 7,940.59 | 1,079.43 | 1,464,874.78 | |
| 29 | 5/1/2026 | 9,020.02 | 7,934.74 | 1,085.28 | 1,463,789.50 | |
| 30 | 6/1/2026 | 9,020.02 | 7,928.86 | 1,091.16 | 1,462,698.34 | |
| 31 | 7/1/2026 | 9,020.02 | 7,922.95 | 1,097.07 | 1,461,601.27 | |
| 32 | 8/1/2026 | 9,020.02 | 7,917.01 | 1,103.01 | 1,460,498.26 | |
| 33 | 9/1/2026 | 9,020.02 | 7,911.03 | 1,108.99 | 1,459,389.27 | |
| 34 | 10/1/2026 | 9,020.02 | 7,905.03 | 1,114.99 | 1,458,274.28 | |
| 35 | 11/1/2026 | 9,020.02 | 7,898.99 | 1,121.03 | 1,457,153.25 | |
| 36 | 12/1/2026 | 9,020.02 | 7,892.91 | 1,127.11 | 1,456,026.14 | |
| 2026 Totals | | 108,240.24 | 95,108.63 | 13,131.61 | | |
| | | | | | | |
| 37 | 1/1/2027 | 9,020.02 | 7,886.81 | 1,133.21 | 1,454,892.93 | |
| 38 | 2/1/2027 | 9,020.02 | 7,880.67 | 1,139.35 | 1,453,753.58 | |
| 39 | 3/1/2027 | 9,020.02 | 7,874.50 | 1,145.52 | 1,452,608.06 | |
| 40 | 4/1/2027 | 9,020.02 | 7,868.29 | 1,151.73 | 1,451,456.33 | |
| 41 | 5/1/2027 | 9,020.02 | 7,862.06 | 1,157.96 | 1,450,298.37 | |
| 42 | 6/1/2027 | 9,020.02 | 7,855.78 | 1,164.24 | 1,449,134.13 | |
| 43 | 7/1/2027 | 9,020.02 | 7,849.48 | 1,170.54 | 1,447,963.59 | |
| 44 | 8/1/2027 | 9,020.02 | 7,843.14 | 1,176.88 | 1,446,786.71 | |
| 45 | 9/1/2027 | 9,020.02 | 7,836.76 | 1,183.26 | 1,445,603.45 | |
| 46 | 10/1/2027 | 9,020.02 | 7,830.35 | 1,189.67 | 1,444,413.78 | |
| 47 | 11/1/2027 | 9,020.02 | 7,823.91 | 1,196.11 | 1,443,217.67 | |
| 48 | 12/1/2027 | 9,020.02 | 7,817.43 | 1,202.59 | 1,442,015.08 | |
| 2027 Totals | | 108,240.24 | 94,229.18 | 14,011.06 | | |
| | | | | | | |
| 49 | 1/1/2028 | 9,020.02 | 7,810.92 | 1,209.10 | 1,440,805.98 | |
| 50 | 2/1/2028 | 9,020.02 | 7,804.37 | 1,215.65 | 1,439,590.33 | |
| 51 | 3/1/2028 | 9,020.02 | 7,797.78 | 1,222.24 | 1,438,368.09 | |
| 52 | 4/1/2028 | 9,020.02 | 7,791.16 | 1,228.86 | 1,437,139.23 | |
| 53 | 5/1/2028 | 9,020.02 | 7,784.50 | 1,235.52 | 1,435,903.71 | |
| 54 | 6/1/2028 | 9,020.02 | 7,777.81 | 1,242.21 | 1,434,661.50 | |
| 55 | 7/1/2028 | 9,020.02 | 7,771.08 | 1,248.94 | 1,433,412.56 | |
| 56 | 8/1/2028 | 9,020.02 | 7,764.32 | 1,255.70 | 1,432,156.86 | |
| 57 | 9/1/2028 | 9,020.02 | 7,757.52 | 1,262.50 | 1,430,894.36 | |
| 58 | 10/1/2028 | 9,020.02 | 7,750.68 | 1,269.34 | 1,429,625.02 | |
| 59 | 11/1/2028 | 9,020.02 | 7,743.80 | 1,276.22 | 1,428,348.80 | |
| 60 | 12/1/2028 | 9,020.02 | 7,736.89 | 1,283.13 | 1,427,065.67 | |
| 2028 Totals | | 108,240.24 | 93,290.83 | 14,949.41 | | |
| | | | | | | |
| 61 | 1/1/2029 | 9,020.02 | 7,729.94 | 1,290.08 | 1,425,775.59 | |
| 62 | 2/1/2029 | 9,020.02 | 7,722.95 | 1,297.07 | 1,424,478.52 | |
| 63 | 3/1/2029 | 9,020.02 | 7,715.93 | 1,304.09 | 1,423,174.43 | |
| 64 | 4/1/2029 | 9,020.02 | 7,708.86 | 1,311.16 | 1,421,863.27 | |
| 65 | 5/1/2029 | 9,020.02 | 7,701.76 | 1,318.26 | 1,420,545.01 | |
| 66 | 6/1/2029 | 9,020.02 | 7,694.62 | 1,325.40 | 1,419,219.61 | |
| 67 | 7/1/2029 | 9,020.02 | 7,687.44 | 1,332.58 | 1,417,887.03 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 68 | 8/1/2029 | 9,020.02 | 7,680.22 | 1,339.80 | 1,416,547.23 | 7/20/2023 2:14 PM Page 3 |
| 69 | 9/1/2029 | 9,020.02 | 7,672.96 | 1,347.06 | 1,415,200.17 | |
| 70 | 10/1/2029 | 9,020.02 | 7,665.67 | 1,354.35 | 1,413,845.82 | |
| 71 | 11/1/2029 | 9,020.02 | 7,658.33 | 1,361.69 | 1,412,484.13 | |
| 72 | 12/1/2029 | 9,020.02 | 7,650.96 | 1,369.06 | 1,411,115.07 | |
| 2029 Totals | | 108,240.24 | 92,289.64 | 15,950.60 | | |
| | | | | | | |
| 73 | 1/1/2030 | 9,020.02 | 7,643.54 | 1,376.48 | 1,409,738.59 | |
| 74 | 2/1/2030 | 9,020.02 | 7,636.08 | 1,383.94 | 1,408,354.65 | |
| 75 | 3/1/2030 | 9,020.02 | 7,628.59 | 1,391.43 | 1,406,963.22 | |
| 76 | 4/1/2030 | 9,020.02 | 7,621.05 | 1,398.97 | 1,405,564.25 | |
| 77 | 5/1/2030 | 9,020.02 | 7,613.47 | 1,406.55 | 1,404,157.70 | |
| 78 | 6/1/2030 | 9,020.02 | 7,605.85 | 1,414.17 | 1,402,743.53 | |
| 79 | 7/1/2030 | 9,020.02 | 7,598.19 | 1,421.83 | 1,401,321.70 | |
| 80 | 8/1/2030 | 9,020.02 | 7,590.49 | 1,429.53 | 1,399,892.17 | |
| 81 | 9/1/2030 | 9,020.02 | 7,582.75 | 1,437.27 | 1,398,454.90 | |
| 82 | 10/1/2030 | 9,020.02 | 7,574.96 | 1,445.06 | 1,397,009.84 | |
| 83 | 11/1/2030 | 9,020.02 | 7,567.14 | 1,452.88 | 1,395,556.96 | |
| 84 | 12/1/2030 | 9,020.02 | 7,559.27 | 1,460.75 | 1,394,096.21 | |
| 2030 Totals | | 108,240.24 | 91,221.38 | 17,018.86 | | |
| | | | | | | |
| 85 | 1/1/2031 | 9,020.02 | 7,551.35 | 1,468.67 | 1,392,627.54 | |
| 86 | 2/1/2031 | 9,020.02 | 7,543.40 | 1,476.62 | 1,391,150.92 | |
| 87 | 3/1/2031 | 9,020.02 | 7,535.40 | 1,484.62 | 1,389,666.30 | |
| 88 | 4/1/2031 | 9,020.02 | 7,527.36 | 1,492.66 | 1,388,173.64 | |
| 89 | 5/1/2031 | 9,020.02 | 7,519.27 | 1,500.75 | 1,386,672.89 | |
| 90 | 6/1/2031 | 9,020.02 | 7,511.14 | 1,508.88 | 1,385,164.01 | |
| 91 | 7/1/2031 | 9,020.02 | 7,502.97 | 1,517.05 | 1,383,646.96 | |
| 92 | 8/1/2031 | 9,020.02 | 7,494.75 | 1,525.27 | 1,382,121.69 | |
| 93 | 9/1/2031 | 9,020.02 | 7,486.49 | 1,533.53 | 1,380,588.16 | |
| 94 | 10/1/2031 | 9,020.02 | 7,478.19 | 1,541.83 | 1,379,046.33 | |
| 95 | 11/1/2031 | 9,020.02 | 7,469.83 | 1,550.19 | 1,377,496.14 | |
| 96 | 12/1/2031 | 9,020.02 | 7,461.44 | 1,558.58 | 1,375,937.56 | |
| 2031 Totals | | 108,240.24 | 90,081.59 | 18,158.65 | | |
| | | | | | | |
| 97 | 1/1/2032 | 9,020.02 | 7,453.00 | 1,567.02 | 1,374,370.54 | |
| 98 | 2/1/2032 | 9,020.02 | 7,444.51 | 1,575.51 | 1,372,795.03 | |
| 99 | 3/1/2032 | 9,020.02 | 7,435.97 | 1,584.05 | 1,371,210.98 | |
| 100 | 4/1/2032 | 9,020.02 | 7,427.39 | 1,592.63 | 1,369,618.35 | |
| 101 | 5/1/2032 | 9,020.02 | 7,418.77 | 1,601.25 | 1,368,017.10 | |
| 102 | 6/1/2032 | 9,020.02 | 7,410.09 | 1,609.93 | 1,366,407.17 | |
| 103 | 7/1/2032 | 9,020.02 | 7,401.37 | 1,618.65 | 1,364,788.52 | |
| 104 | 8/1/2032 | 9,020.02 | 7,392.60 | 1,627.42 | 1,363,161.10 | |
| 105 | 9/1/2032 | 9,020.02 | 7,383.79 | 1,636.23 | 1,361,524.87 | |
| 106 | 10/1/2032 | 9,020.02 | 7,374.93 | 1,645.09 | 1,359,879.78 | |
| 107 | 11/1/2032 | 9,020.02 | 7,366.02 | 1,654.00 | 1,358,225.78 | |
| 108 | 12/1/2032 | 9,020.02 | 7,357.06 | 1,662.96 | 1,356,562.82 | |
| 2032 Totals | | 108,240.24 | 88,865.50 | 19,374.74 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 109 | 1/1/2033 | 9,020.02 | 7,348.05 | 1,671.97 | 1,354,890.85 | 7/20/2023 2:14 PM Page 4 |
| 110 | 2/1/2033 | 9,020.02 | 7,338.99 | 1,681.03 | 1,353,209.82 | |
| 111 | 3/1/2033 | 9,020.02 | 7,329.89 | 1,690.13 | 1,351,519.69 | |
| 112 | 4/1/2033 | 9,020.02 | 7,320.73 | 1,699.29 | 1,349,820.40 | |
| 113 | 5/1/2033 | 9,020.02 | 7,311.53 | 1,708.49 | 1,348,111.91 | |
| 114 | 6/1/2033 | 9,020.02 | 7,302.27 | 1,717.75 | 1,346,394.16 | |
| 115 | 7/1/2033 | 9,020.02 | 7,292.97 | 1,727.05 | 1,344,667.11 | |
| 116 | 8/1/2033 | 9,020.02 | 7,283.61 | 1,736.41 | 1,342,930.70 | |
| 117 | 9/1/2033 | 9,020.02 | 7,274.21 | 1,745.81 | 1,341,184.89 | |
| 118 | 10/1/2033 | 9,020.02 | 7,264.75 | 1,755.27 | 1,339,429.62 | |
| 119 | 11/1/2033 | 9,020.02 | 7,255.24 | 1,764.78 | 1,337,664.84 | |
| 120 | 12/1/2033 | 9,020.02 | 7,245.68 | 1,774.34 | 1,335,890.50 | |
| 2033 Totals | | 108,240.24 | 87,567.92 | 20,672.32 | | |
| | | | | | | |
| 121 | 1/1/2034 | 9,020.02 | 7,236.07 | 1,783.95 | 1,334,106.55 | |
| 122 | 2/1/2034 | 9,020.02 | 7,226.41 | 1,793.61 | 1,332,312.94 | |
| 123 | 3/1/2034 | 9,020.02 | 7,216.70 | 1,803.32 | 1,330,509.62 | |
| 124 | 4/1/2034 | 9,020.02 | 7,206.93 | 1,813.09 | 1,328,696.53 | |
| 125 | 5/1/2034 | 9,020.02 | 7,197.11 | 1,822.91 | 1,326,873.62 | |
| 126 | 6/1/2034 | 9,020.02 | 7,187.23 | 1,832.79 | 1,325,040.83 | |
| 127 | 7/1/2034 | 9,020.02 | 7,177.30 | 1,842.72 | 1,323,198.11 | |
| 128 | 8/1/2034 | 9,020.02 | 7,167.32 | 1,852.70 | 1,321,345.41 | |
| 129 | 9/1/2034 | 9,020.02 | 7,157.29 | 1,862.73 | 1,319,482.68 | |
| 130 | 10/1/2034 | 9,020.02 | 7,147.20 | 1,872.82 | 1,317,609.86 | |
| 131 | 11/1/2034 | 9,020.02 | 7,137.05 | 1,882.97 | 1,315,726.89 | |
| 132 | 12/1/2034 | 9,020.02 | 7,126.85 | 1,893.17 | 1,313,833.72 | |
| 2034 Totals | | 108,240.24 | 86,183.46 | 22,056.78 | | |
| | | | | | | |
| 133 | 1/1/2035 | 9,020.02 | 7,116.60 | 1,903.42 | 1,311,930.30 | |
| 134 | 2/1/2035 | 9,020.02 | 7,106.29 | 1,913.73 | 1,310,016.57 | |
| 135 | 3/1/2035 | 9,020.02 | 7,095.92 | 1,924.10 | 1,308,092.47 | |
| 136 | 4/1/2035 | 9,020.02 | 7,085.50 | 1,934.52 | 1,306,157.95 | |
| 137 | 5/1/2035 | 9,020.02 | 7,075.02 | 1,945.00 | 1,304,212.95 | |
| 138 | 6/1/2035 | 9,020.02 | 7,064.49 | 1,955.53 | 1,302,257.42 | |
| 139 | 7/1/2035 | 9,020.02 | 7,053.89 | 1,966.13 | 1,300,291.29 | |
| 140 | 8/1/2035 | 9,020.02 | 7,043.24 | 1,976.78 | 1,298,314.51 | |
| 141 | 9/1/2035 | 9,020.02 | 7,032.54 | 1,987.48 | 1,296,327.03 | |
| 142 | 10/1/2035 | 9,020.02 | 7,021.77 | 1,998.25 | 1,294,328.78 | |
| 143 | 11/1/2035 | 9,020.02 | 7,010.95 | 2,009.07 | 1,292,319.71 | |
| 144 | 12/1/2035 | 9,020.02 | 7,000.07 | 2,019.95 | 1,290,299.76 | |
| 2035 Totals | | 108,240.24 | 84,706.28 | 23,533.96 | | |
| | | | | | | |
| 145 | 1/1/2036 | 9,020.02 | 6,989.12 | 2,030.90 | 1,288,268.86 | |
| 146 | 2/1/2036 | 9,020.02 | 6,978.12 | 2,041.90 | 1,286,226.96 | |
| 147 | 3/1/2036 | 9,020.02 | 6,967.06 | 2,052.96 | 1,284,174.00 | |
| 148 | 4/1/2036 | 9,020.02 | 6,955.94 | 2,064.08 | 1,282,109.92 | |
| 149 | 5/1/2036 | 9,020.02 | 6,944.76 | 2,075.26 | 1,280,034.66 | |
| 150 | 6/1/2036 | 9,020.02 | 6,933.52 | 2,086.50 | 1,277,948.16 | |
| 151 | 7/1/2036 | 9,020.02 | 6,922.22 | 2,097.80 | 1,275,850.36 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 152 | 8/1/2036 | 9,020.02 | 6,910.86 | 2,109.16 | 1,273,741.20 | 7/20/2023 2:14 PM Page 5 |
| 153 | 9/1/2036 | 9,020.02 | 6,899.43 | 2,120.59 | 1,271,620.61 | |
| 154 | 10/1/2036 | 9,020.02 | 6,887.94 | 2,132.08 | 1,269,488.53 | |
| 155 | 11/1/2036 | 9,020.02 | 6,876.40 | 2,143.62 | 1,267,344.91 | |
| 156 | 12/1/2036 | 9,020.02 | 6,864.78 | 2,155.24 | 1,265,189.67 | |
| 2036 Totals | | 108,240.24 | 83,130.15 | 25,110.09 | | |
| | | | | | | |
| 157 | 1/1/2037 | 9,020.02 | 6,853.11 | 2,166.91 | 1,263,022.76 | |
| 158 | 2/1/2037 | 9,020.02 | 6,841.37 | 2,178.65 | 1,260,844.11 | |
| 159 | 3/1/2037 | 9,020.02 | 6,829.57 | 2,190.45 | 1,258,653.66 | |
| 160 | 4/1/2037 | 9,020.02 | 6,817.71 | 2,202.31 | 1,256,451.35 | |
| 161 | 5/1/2037 | 9,020.02 | 6,805.78 | 2,214.24 | 1,254,237.11 | |
| 162 | 6/1/2037 | 9,020.02 | 6,793.78 | 2,226.24 | 1,252,010.87 | |
| 163 | 7/1/2037 | 9,020.02 | 6,781.73 | 2,238.29 | 1,249,772.58 | |
| 164 | 8/1/2037 | 9,020.02 | 6,769.60 | 2,250.42 | 1,247,522.16 | |
| 165 | 9/1/2037 | 9,020.02 | 6,757.41 | 2,262.61 | 1,245,259.55 | |
| 166 | 10/1/2037 | 9,020.02 | 6,745.16 | 2,274.86 | 1,242,984.69 | |
| 167 | 11/1/2037 | 9,020.02 | 6,732.83 | 2,287.19 | 1,240,697.50 | |
| 168 | 12/1/2037 | 9,020.02 | 6,720.44 | 2,299.58 | 1,238,397.92 | |
| 2037 Totals | | 108,240.24 | 81,448.49 | 26,791.75 | | |
| | | | | | | |
| 169 | 1/1/2038 | 9,020.02 | 6,707.99 | 2,312.03 | 1,236,085.89 | |
| 170 | 2/1/2038 | 9,020.02 | 6,695.47 | 2,324.55 | 1,233,761.34 | |
| 171 | 3/1/2038 | 9,020.02 | 6,682.87 | 2,337.15 | 1,231,424.19 | |
| 172 | 4/1/2038 | 9,020.02 | 6,670.21 | 2,349.81 | 1,229,074.38 | |
| 173 | 5/1/2038 | 9,020.02 | 6,657.49 | 2,362.53 | 1,226,711.85 | |
| 174 | 6/1/2038 | 9,020.02 | 6,644.69 | 2,375.33 | 1,224,336.52 | |
| 175 | 7/1/2038 | 9,020.02 | 6,631.82 | 2,388.20 | 1,221,948.32 | |
| 176 | 8/1/2038 | 9,020.02 | 6,618.89 | 2,401.13 | 1,219,547.19 | |
| 177 | 9/1/2038 | 9,020.02 | 6,605.88 | 2,414.14 | 1,217,133.05 | |
| 178 | 10/1/2038 | 9,020.02 | 6,592.80 | 2,427.22 | 1,214,705.83 | |
| 179 | 11/1/2038 | 9,020.02 | 6,579.66 | 2,440.36 | 1,212,265.47 | |
| 180 | 12/1/2038 | 9,020.02 | 6,566.44 | 2,453.58 | 1,209,811.89 | |
| 2038 Totals | | 108,240.24 | 79,654.21 | 28,586.03 | | |
| | | | | | | |
| 181 | 1/1/2039 | 9,020.02 | 6,553.15 | 2,466.87 | 1,207,345.02 | |
| 182 | 2/1/2039 | 9,020.02 | 6,539.79 | 2,480.23 | 1,204,864.79 | |
| 183 | 3/1/2039 | 9,020.02 | 6,526.35 | 2,493.67 | 1,202,371.12 | |
| 184 | 4/1/2039 | 9,020.02 | 6,512.84 | 2,507.18 | 1,199,863.94 | |
| 185 | 5/1/2039 | 9,020.02 | 6,499.26 | 2,520.76 | 1,197,343.18 | |
| 186 | 6/1/2039 | 9,020.02 | 6,485.61 | 2,534.41 | 1,194,808.77 | |
| 187 | 7/1/2039 | 9,020.02 | 6,471.88 | 2,548.14 | 1,192,260.63 | |
| 188 | 8/1/2039 | 9,020.02 | 6,458.08 | 2,561.94 | 1,189,698.69 | |
| 189 | 9/1/2039 | 9,020.02 | 6,444.20 | 2,575.82 | 1,187,122.87 | |
| 190 | 10/1/2039 | 9,020.02 | 6,430.25 | 2,589.77 | 1,184,533.10 | |
| 191 | 11/1/2039 | 9,020.02 | 6,416.22 | 2,603.80 | 1,181,929.30 | |
| 192 | 12/1/2039 | 9,020.02 | 6,402.12 | 2,617.90 | 1,179,311.40 | |
| 2039 Totals | | 108,240.24 | 77,739.75 | 30,500.49 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 193 | 1/1/2040 | 9,020.02 | 6,387.94 | 2,632.08 | 1,176,679.32 | 7/20/2023  2:14 PM  Page 6 |
| 194 | 2/1/2040 | 9,020.02 | 6,373.68 | 2,646.34 | 1,174,032.98 | |
| 195 | 3/1/2040 | 9,020.02 | 6,359.35 | 2,660.67 | 1,171,372.31 | |
| 196 | 4/1/2040 | 9,020.02 | 6,344.93 | 2,675.09 | 1,168,697.22 | |
| 197 | 5/1/2040 | 9,020.02 | 6,330.44 | 2,689.58 | 1,166,007.64 | |
| 198 | 6/1/2040 | 9,020.02 | 6,315.87 | 2,704.15 | 1,163,303.49 | |
| 199 | 7/1/2040 | 9,020.02 | 6,301.23 | 2,718.79 | 1,160,584.70 | |
| 200 | 8/1/2040 | 9,020.02 | 6,286.50 | 2,733.52 | 1,157,851.18 | |
| 201 | 9/1/2040 | 9,020.02 | 6,271.69 | 2,748.33 | 1,155,102.85 | |
| 202 | 10/1/2040 | 9,020.02 | 6,256.81 | 2,763.21 | 1,152,339.64 | |
| 203 | 11/1/2040 | 9,020.02 | 6,241.84 | 2,778.18 | 1,149,561.46 | |
| 204 | 12/1/2040 | 9,020.02 | 6,226.79 | 2,793.23 | 1,146,768.23 | |
| 2040 Totals | | 108,240.24 | 75,697.07 | 32,543.17 | | |
| | | | | | | |
| 205 | 1/1/2041 | 9,020.02 | 6,211.66 | 2,808.36 | 1,143,959.87 | |
| 206 | 2/1/2041 | 9,020.02 | 6,196.45 | 2,823.57 | 1,141,136.30 | |
| 207 | 3/1/2041 | 9,020.02 | 6,181.15 | 2,838.87 | 1,138,297.43 | |
| 208 | 4/1/2041 | 9,020.02 | 6,165.78 | 2,854.24 | 1,135,443.19 | |
| 209 | 5/1/2041 | 9,020.02 | 6,150.32 | 2,869.70 | 1,132,573.49 | |
| 210 | 6/1/2041 | 9,020.02 | 6,134.77 | 2,885.25 | 1,129,688.24 | |
| 211 | 7/1/2041 | 9,020.02 | 6,119.14 | 2,900.88 | 1,126,787.36 | |
| 212 | 8/1/2041 | 9,020.02 | 6,103.43 | 2,916.59 | 1,123,870.77 | |
| 213 | 9/1/2041 | 9,020.02 | 6,087.63 | 2,932.39 | 1,120,938.38 | |
| 214 | 10/1/2041 | 9,020.02 | 6,071.75 | 2,948.27 | 1,117,990.11 | |
| 215 | 11/1/2041 | 9,020.02 | 6,055.78 | 2,964.24 | 1,115,025.87 | |
| 216 | 12/1/2041 | 9,020.02 | 6,039.72 | 2,980.30 | 1,112,045.57 | |
| 217 | 12/1/2041 | 1,112,045.67 | 0.10 | 1,112,045.57 | 0.00 | |
| 2041 Totals | | 1,220,285.91 | 73,517.68 | 1,146,768.23 | | |
| | | | | | | |
| Grand Totals | | 3,060,369.99 | 1,567,369.99 | 1,493,000.00 | | |

Last interest amount increased by 0.10 due to rounding.