# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

| | |
|---|---|
| DHD JESSAMINE, LLC, | ) |
|     Plaintiff, | ) Civil Action No.: 4:22-cv-01235-JD |
| and | ) |
| WILLIAM D. TALLEVAST, V, | ) **INTERVENOR-PLAINTIFF'S** |
|     Intervenor- Plaintiff | ) **DISCLOSURE OF EXPERT WITNESSES** |
| vs. | ) **UNDER RULE 26(a)(2), FRCP** |
| FLORENCE COUNTY, SOUTH CAROLINA; FRANK J. BRAND; JASON SPRINGS; ROGER M. POSTON; ALPHONSO BRADLEY; JERRY W. YARBOROUGH; STONEY C. MOORE; WAYMON MUMFORD; and WILLARD DORRIETY, JR. as the elected members of the FLORENCE COUNTY COUNCIL; and JOHN DOES 1-15, | ) |
|     Defendants. | ) |

    Intervenor-Plaintiff William D. Tallevast, V., ("Intervenor-Plaintiff"), by and through his counsel, submits this disclosure of expert witnesses in accordance with Rule 26(a)(2), FRCP, who Intervenor-Plaintiff will or may call at trial in the above-captioned matter:

1. **Edward F. Hucks, MAI, SRA**
   **E.F. Hucks & Associates, Inc.**
   **3320 Highway 17 South**
   **Murrells Inlet, SC 29576**
   **(843) 443-3159**

   A. **Qualifications and Background**: Please see pages 44 through 48 of the Appraisal Report attached hereto as **Exhibit A**.

B. **Publications and Presentations with Last 10 Years**: Please see pages 44 through 48 of the Appraisal Report attached hereto as **Exhibit A**.

C. **Other Cases in which Witness has Testified at Trial or by Deposition During the Last Four Years**: None.

D. **Statement of Compensation to be Paid**: Please see pages 58 through 63 of the Appraisal Report attached hereto as **Exhibit A**.

E. **Statement of Opinions**: Mr. Hucks is expected to testify, to reasonable degree of certainty, consistent with the Appraisal Report attached hereto as **Exhibit A**.

2. **Additional Designations**

Intervenor-Plaintiff also designates any experts designated by another party who are qualified to present testimony and who are not objected to at trial by Intervenor-Plaintiff. Intervenor-Plaintiff reserves the right to call experts designated above or other experts for purposes of impeachment.

Intervenor-Plaintiff reserves the right to supplement this disclosure as discovery progresses, including but not limited to the depositions of any individuals yet to be deposed, and the receipt of additional records or information.

    Respectfully submitted,

    s/ Ross A. Appel
    Ross A. Appel, Esq. (Fed Bar No. 11434)
    2036 eWall Street, Suite 200
    Mount Pleasant, SC 29464
    (843) 937-0400
    (843) 937-0706 (fax)
    ross@mklawsc.com

    ATTORNEYS FOR
    WILLIAM D. TALLEVAST, V

September 22, 2023
Charleston, South Carolina