# EXHIBIT A
## RESUME OF ROD DOOLEY

RODNEY K. DOOLEY, JR. CPA, PFS, CFF
468 Old Cherokee Road · 803-359-3800
rodooley@dooleyandcompany.com

Experienced Certified Public Accountant with experience in income taxation, financial planning and governmental accounting.  Clients served include high net worth individuals, privately held businesses, local governments and school districts.

## EXPERIENCE

**DOOLEY AND COMPANY, LLC**
Staff Accountant January 2006-December 2013
Partner January 2014-September 2018
Managing Partner October 2018-December 2020
Sole Principal January 2021-Present

## EDUCATION

**MAY 2006**
**BACHELOR OF SCIENCE IN BUSINESS ADMINISTRATION, ACCOUNTING & REAL ESTATE** THE DARLA MOORE SCHOOL OF BUSINESS –
CPA requirement of 150 hours were met in a 4 year window.  120 hours in undergraduate hours were met in initial 3 years and fourth year was used to take required graduate level classes under scholarship.

## SKILLS

- Certified Public Accountant (2008)
- Certified Personal Financial Specialist (2009)
- Certified in Financial Forensics (2012)

## ACTIVITIES & AWARDS

Lexington Beautification Foundation (Treasurer)
Lexington School District One Foundation
West Columbia Police Officers Foundation (Treasurer)
AICPA National Accreditation Committee
AICPA Student Recruitment Committee
CPA Practice Advisor 40 CPAs under 40 to Watch 2018
AICPA PFPD Standing Ovation Award 2019
AICPA Leadership Academy Alumni
SCACPA Young Leadership Cabinet Member