IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| DHD JESSAMINE, LLC, | ) | Case No. 4:22-cv-01235-JD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **VERDICT FORM** |
| FLORENCE COUNTY, SOUTH CAROLINA, | ) | |
| | ) | |
| Defendant. | ) | |

## CLAIM ONE: DISPARATE IMPACT

The Court has determined Plaintiff DHD Jessamine, LLC ("Plaintiff"), has satisfied its initial burden of showing a causal connection between the conduct of Defendant Florence County ("Defendant") and a disparate impact on racial minorities. You are to answer the questions below consistent with the Court's instructions.

### Question 1

Has Defendant proven by a preponderance of the evidence that its challenged decisions served a valid interest or legitimate objective?

Yes \_\_\_    No  X

- If **Yes**, proceed to Question 2.

- If **No**, you have found in favor of **Plaintiff** on Claim One: Disparate Impact. Now, skip Question 2 and proceed to Question 3.

## Question 2

Has Plaintiff proven by a preponderance of the evidence that Defendant's stated interest could have been served by an alternative practice with a less discriminatory effect?

Yes \_\_\_    No \_\_\_

- If **Yes**, you have found in favor of **Plaintiff** on Claim One: Disparate Impact. Now proceed to Question 3.

- If **No**, you have found in favor of **Defendant** on Claim One: Disparate Impact. Now proceed to Question 3.

## CLAIM TWO: DISPARATE TREATMENT

### Question 3

Has Plaintiff proven by a preponderance of the evidence that discriminatory intent was a motivating factor in Defendant's challenged decisions?

Yes X    No \_\_\_

- If **No**, you have found in favor of **Defendant** on Claim Two: Disparate Treatment. Now proceed to Question 6 **only if** you have found for Plaintiff on Claim One: Disparate Impact. **Otherwise**, stop deliberating, certify this verdict form, and notify the Clerk of Court that you have reached a decision.

- If **Yes**, proceed to Question 4.

2

## Question 4

Has Defendant proven by a preponderance of the evidence that its decisions were motivated by a legitimate, nondiscriminatory reason?

Yes \_\_\_  No X\_

- If **Yes**, proceed to Question 5.
- If **No**, you have found in favor of **Plaintiff** on Claim Two: Disparate Treatment. Now proceed to Question 6.

## Question 5

Has Plaintiff proven by a preponderance of the evidence that Defendant's stated reason is a pretext or otherwise unworthy of belief?

Yes \_\_\_  No \_\_\_

- If **Yes**, you have found in favor of **Plaintiff** on Claim Two: Disparate Treatment. Now proceed to Question 6.
- If **No**, you have found in favor of **Defendant** on Claim Two: Disparate Treatment. Now proceed to Question 6 **only if** you have found for Plaintiff on Claim One. **Otherwise**, stop deliberating, certify this verdict form, and notify the Clerk of Court that you have reached a decision.

## III.   DAMAGES

(**Instruction:** Answer these questions only if you have found for Plaintiff on at least one claim.)

### Question 6
### (Actual Damages)

What sum of money, if any, will fairly compensate Plaintiff for injuries proximately caused by Defendant?

$ _8,219,000.00_ (8 million 2 hundred nineteen thousand)

- If an amount is awarded, proceed to Question 7. If no amount is awarded, then stop deliberating, certify this verdict form, and notify the Clerk of Court that you have reached a decision.

### Question 7
### (Punitive Damages—Eligibility)

Has Plaintiff proven by a preponderance of the evidence that Defendant acted with reckless indifference to federally protected rights?

Yes _X_   No ___

- If **No**, stop deliberating, certify this verdict form, and notify the Clerk of Court that you have reached a decision.
- If **Yes**, proceed to Question 8.

### Question 8
### (Punitive Damages—Amount)

What amount of punitive damages, if any, do you award?

$ _4,000,000.00_ (4 million)

4

## FOREPERSON'S CERTIFICATION

We, the jury, unanimously agree to the verdict as recorded above.

Date: _11-5-25_

Foreperson's Signature: